IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

GARY MORRISON, individually
and on behalf of all similarly situated insureds,

Plaintiff,

v.                                      CIVIL ACTION NO.   3:23-0451

INDIAN HARBOR INSURANCE COMPANY and
PENINSULA INSURANCE BUREAU, INC.,

Defendants.

**MEMORANDUM OPINION AND ORDER**

Pending is a Motion by Plaintiff to File Response to Defendants' Motion for Protective Order and Stay of Class Discovery Out of Time. ECF No. 106. In the motion, Plaintiff requests the Court allow him to file a late Response to Defendants' Motion for Protective Order and Stay of Class Discovery. ECF No. 99. For reasons appearing before the Court, the Court **GRANTS** the motion. The deadline for Defendants' Reply to Plaintiff's Response shall be calculated from today's date.

The Court **DIRECTS** the Clerk to send copies of this Order to all counsel of record, and any unrepresented parties

ENTER:       February 19, 2025

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE